**Andre B. YOUNG, Plaintiff–Appellant,**

v.

**Paul SPIZMAN; et al., Defendants–**
**Appellees.**

No. 06–35044.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 27, 2006.\*

Filed Dec. 1, 2006.

Andre B. Young, Steilacoom, WA, pro se.

Timothy Norman Lang, Esq., Donna J. Hamilton, Esq., Rachel E. Burnside, Esq., Olympia, WA, for Defendants–Appellees.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

## MEMORANDUM **

A review of the record and appellant's response to the court's May 26, 2006 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.